UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

MARK B. LASSER, on behalf :
of himself and all others
similarly situated, :

               Plaintiff, : 17 Civ. 490 (LTS)(HBP)

  -against- : ORDER OF
                                     DISMISSAL
NEDERLANDER ORGANIZATION, :
INC., et al.,
                                 :
               Defendants.
                                 :
----------------------------------------X

       SWAIN, United States District Judge:

       The parties having reported a settlement in in this matter, it is hereby ORDERED that this matter be and hereby is dismissed with prejudice and without costs, provided that it may be re-opened within thirty (30) days of the date of this Order for good cause shown.

Dated: New York, New York
       October 5, 2017

                                      SO ORDERED

                                      LAURA TAYLOR SWAIN
                                      United States District Judge