UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/18

MARK LASSER,
*on behalf of himself and all others similarly situated,*

        Plaintiff,

-against-

NEDERLANDER ORGANIZATION, INC.,
ALVIN NEDERLANDER ASSOCIATES, INC.,
JAMES L. NEDERLANDER PRODUCTIONS, INC.,
HAMILTON UPTOWN LIMITED LIABILITY COMPANY,
BASELINE THEATRICAL LIMITED LIABILITY COMPANY,
and JOHN DOES #1-4,

        Defendants.

Case No.: 17-cv-00490

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendants, NEDERLANDER ORGANIZATION, INC., ALVIN NEDERLANDER ASSOCIATES, INC., JAMES L. NEDERLANDER PRODUCTIONS, INC., HAMILTON UPTOWN LIMITED LIABILITY COMPANY, BASELINE THEATRICAL LIMITED LIABILITY COMPANY, and JOHN DOES #1-4, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

| For the Defendant: | For the Plaintiff: |
|---|---|
| GREENBERG TRAURIG, LLP<br>Eric B. Sigda<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: 212-801-9386<br>sigdar@gtlaw.com | LEE LITIGATION GROUP, PLLC<br>C.K. Lee, Esq.<br>30 East 39th Street, 2nd Floor<br>New York, NY 10016<br>Telephone: (212) 465-1188<br>cklee@leelitigation.com |
| Robert S. Fine, Esq.<br>Greenberg Traurig, P.A.<br>*(admitted pro hac vice)*<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, FL 33131<br>Tel: 305-579-0826<br>finer@gtlaw.com<br><br>By: _[signature]_<br>Date: 1/19/2018 | By: _[signature]_<br>Date: 01/19/18 |

SO ORDERED

_[signature]_ 1/22/18
U.S.D.J.